■ PEOPLE v JUAN CORPORAN, Also Known as JUAN CORPORAM. [633 NYS2d 939] —The order of this Court (206 AD2d 203) entered on December 6, 1994 amended to the extent of granting reargument and upon reargument this Court adheres to its original determination, as indicated. Concur—Rosenberger, J. P., Rubin, Ross, Nardelli and Tom, JJ.

■ PEOPLE v JOSE CRUZ. [624 NYS2d 814] —Appeal dismissed because of appellant's death, as indicated. Concur—Rosenberger, J. P., Kupferman, Nardelli and Tom, JJ.

■ PEOPLE v VINCENT HURLEY. [624 NYS2d 814] —Application in the nature of a writ of error coram nobis, and other relief, denied in its entirety. *(See, People v De La Hoz,* 131 AD2d 154, 158.) Concur—Rosenberger, J. P., Ross, Asch and Tom, JJ.

(March 16, 1995)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKEY JOHNSON, Appellant. [624 NYS2d 123] —Judgment, Supreme Court, New York County (Edward Sheridan, J.), rendered January 8, 1993, convicting defendant, after a jury trial, of attempted burglary in the third degree, and possession of burglar's tools, and sentencing him, as a second felony offender, to concurrent terms of 2 to 4, and 1 year, respectively, unanimously affirmed.

Assuming, *arguendo,* that the court improperly permitted admission of a 911 tape containing prior consistent statements of a witness who testified at trial where there was no claim of recent fabrication *(People v Davis,* 44 NY2d 269, 277; *see, People v Nicholson,* 168 AD2d 574, 575, *lv denied* 77 NY2d 964), in light of the overwhelming proof of the defendant's guilt, the error was harmless *(People v Crimmins,* 36 NY2d 230). Concur—Murphy, P. J., Rosenberger, Rubin, Ross and Tom, JJ.